AO 245B    (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case
Sheet 2 – Imprisonment

DEFENDANT:    Shane M Gaskill
CASE NUMBER:    6:18CR10065 - 002

NOV 16 2

## IMPRISONMENT

Clerk, U.S. District Court
By _CARK_  Deputy Clerk

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of
__18 months__ .

☒    The Court makes the following recommendations to the Bureau of Prisons:
At request of defendant, designation to a facility close to the defendant's family in Kansas to facilitate family visitation.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district.

☐ at ___ on ___.

☐ as notified by the United States Marshal.

☒    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before ___ on ___.

☒ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _November 1, 2022_  to _FCI Texarkana_

at _Texarkana, Texas_ , with a certified copy of this judgment.

Warden    UNITED STATES MARSHAL

**U. S. MARSHALS SERVICE
RECEIVED**

**NOV 15 2022**

By _____
Deputy U.S. Marshal
CSD

**DISTRICT OF KANSAS**